IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, fka The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-6CB, Mortgage Pass-Through Certificates, Series 2006-6CB,<br><br>        Plaintiffs,<br><br>  vs.<br><br>BRIAN WILLIAM C. STEFFEN; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; DOE GOVERNMENTAL UNITS 1-50,<br><br>        Defendants. | CV 12-00245 SOM-KSC |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on September 10, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Grant Plaintiff's Motion to Remand Action Removed from the

Circuit Court of the Second Circuit, State of Hawaii" are adopted as the opinion and order of this Court.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, October 3, 2012.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

The Bank of New York Mellon v. Brian William C. Steffen;
CV 12-00245 SOM/KSC; Order Adopting Magistrate Judge's Findings and Recommendation